## NATIONAL BANK OF PORT CLINTON v ROTH

Ohio Appeals, 6th Dist, Ottawa Co

Decided Dec 7, 1935

Graves & Duff, Port Clinton, and George C. Bryce, Toledo, for plaintiffs.

Boggs & Chase, Toledo, L. C. Rupp, Port Clinton, and William Moon, Port Clinton, for defendants.

For full opinion see 6 OO 412; 52 Oh Ap 427.